**Electronically Filed
Supreme Court
SCWC-16-0000873
29-JAN-2018
11:05 AM**

SCWC-16-0000873

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TYLER K. WAKAMOTO, Petitioner/Defendant-Appellant.

———————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000873; CASE NO. 1DTA-15-05435)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Tyler K. Wakamoto's application for writ of certiorari filed on December 20, 2017, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 29, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

